**7**

Rick HAMILTON v. STATE. (No. 10715.) (Court of Criminal Appeals of Texas. Feb. 23, 1927.) Appeal from District Court, Camp County; R. T. Wilkinson, Judge. M. M. Smith, of Pittsburg, for appellant. Sam D. Stinson,

State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Conviction of felony theft; punishment, eight years in the penitentiary. The record contains neither statement of facts nor bills of exception. The indictment appearing regular, and the charge of the court in conformity with the law, the judgment will be affirmed.